Bruce Eric Cohen
Attorney at Law
1442-A Walnut Street, PMB #466
Berkeley, California 94709
Telephone: (510) 559-1810
State Bar No.: 87544

Attorney for Petitioner
**CHARLES CLINTON ROLAND**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHARLES CLINTON ROLAND,**<br>    Petitioner,<br><br>vs.<br><br>**A.K. SCRIBNER, Warden,**<br><br>    Respondent | ) Case No.: C 04 4623 MJJ<br>)<br>)<br>) [~~PROPOSED~~] ORDER CHANGING<br>) TIME<br>)<br>)<br>) [~~Proposed~~] ~~Hrg Date: August 2, 2005~~<br>) ~~Time: 9:30 a.m.~~<br>) Hrg Date: August 9, 2005 |

**PURSUANT TO STIPULATION, IT IS ORDERED** that the time for filing petitioner's opposition to the Motion to Dismiss Petition for Writ of Habeas Corpus, the reply to the opposition, and the hearing on the motion, is extended 21 days -- from June 21 to July 12, 2005, for the opposition, from June 28 to July 19 for the reply, and from July 12 to August 9, 2005, for the hearing.

Dated:
6/13/2005

/S/
_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

[APPROVED - Judge Martin J. Jenkins - UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]